UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bloodsaw Theopric et al.,
    Plaintiff,

vs.

Woodford J.S.
Thom J.C.
Holmes T.R.
Northrup L.W.
    Defendant.

CASE NO. CV 08 1092 JF (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Bloodsaw Theopric, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _In the year of 2000 at San Quentin_
5  _State Prison I had no pay number_
6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or                 Yes ___ No ✓
10            self employment
11      b.    Income from stocks, bonds,              Yes ✓ No ___
12            or royalties?
13      c.    Rent payments?                          Yes ___ No ✓
14      d.    Pensions, annuities, or                 Yes ___ No ✓
15            life insurance payments?
16      e.    Federal or State welfare payments,      Yes ___ No ✓
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _$13.00 from my Aunt on 1-14-08 Serial_
22  _No. 200479669335_
23  3.     Are you married?                           Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.     a.    List amount you contribute to your spouse's support:$ _N/A_

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 2 -

1      b.     List the persons other than your spouse who are dependent upon you for
2                support and indicate how much you contribute toward their support. (NOTE:
3                For minor children, list only their initials and ages. DO NOT INCLUDE
4                THEIR NAMES.).
5   N/A
6
7   5.     Do you own or are you buying a home?     Yes ___ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.     Do you own an automobile?     Yes ___ No ✓
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ____ No _____ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.     Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15
16  Present balance(s): $ _____
17  Do you own any cash? Yes ___ No ✓ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No ✓
20
21  8.     What are your monthly expenses?
22  Rent: $ __N/A__ Utilities: __N/A__
23  Food: $ __N/A__ Clothing: __N/A__
24  Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 3 -

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _N/A_____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ✓  No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _CV-00752-JF-550, C-07-4200-JF-550_
10 _C-07-4665-JF-555, U.S. Dist. Court, Northern_
11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 _2-4-08_                    _T. Bloodsaw_____
17    DATE                        SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 4 -

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

    I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
                                      [prisoner name]
_____ where (s)he is confined.
   [name of institution]
    I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                             _____
                                                       [Authorized officer of the institution]

```
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                               PELICAN BAY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 04, 2008

ACCOUNT NUMBER  : P20045                       BED/CELL NUMBER: ASU000000001L
ACCOUNT NAME    : BLOODSAW, THEOPRIC KENT      ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                                    TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION       COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
------  ----  ----------------  ---------  ---------   --------   -----------   -------

08/01/2007    BEGINNING BALANCE                                                    0.00

08/09*DD30 CASH DEPOSIT     0699 #027                    9.00                      9.00
08/13*W215 FEDERAL FILIN    0731 8/09                               1.80           7.20
08/13 W512 LEGAL POSTAGE    0730                                    2.67           4.53
08/13 W512 LEGAL POSTAGE    0730                                    1.82           2.71
08/13 W512 LEGAL POSTAGE    0730                                    0.58           2.13
08/14 W513 MISC. CHARGES    0768                                    2.13           0.00
     ACTIVITY FOR 2008
01/14*DD30 CASH DEPOSIT     2981 #138                    5.85                      5.85
01/15 W516 LEGAL COPY CH    3013                                    1.90           3.95
01/17 W512 LEGAL POSTAGE    3049                                    0.20           3.75
01/17 W512 LEGAL POSTAGE    3049                                    1.31           2.44
01/22 W513 MISC. CHARGES    3121                                    0.20           2.24
01/31 W919 REVERSE LEGAL    3295/3049                               1.27-          3.51
01/31 W215 FEDERAL FILIN    3295 1/14                               1.17           2.34
01/31 W212 FEDERAL FILIN    3295 1/14                               1.17           1.17
01/31 W212 FEDERAL FILIN    3295 1/14                               1.17           0.00


                              CURRENT HOLDS IN EFFECT

   DATE      HOLD
 PLACED      CODE     DESCRIPTION                    COMMENT        HOLD AMOUNT
----------   ----   ------------------------        ---------      -----------

01/22/2008   H118   LEGAL COPIES HOLD                3125                 2.90
01/22/2008   H118   LEGAL COPIES HOLD                3125                10.70


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/13/02                       CASE NUMBER: YA053506
COUNTY CODE: LA                                FINE AMOUNT: $      250.00

    DATE        TRANS.   DESCRIPTION                     TRANS. AMT.    BALANCE
  --------      ------   -----------                    -----------    -------

08/01/2007      BEGINNING BALANCE                                       250.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-4-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

```
ACCT: P20045        ACCT NAME: BLOODSAW, THEOPRIC KENT          ACCT TYPE: I


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/13/02                         CASE NUMBER: YA053506
COUNTY CODE: LA                                  FINE AMOUNT: $      250.00

    DATE      TRANS.    DESCRIPTION                      TRANS. AMT.      BALANCE
    ----      ------    -----------                      -----------      -------
  08/09/07    DR30      REST DED-CASH DEPOSIT               10.00-         240.00
  01/14/08    DR30      REST DED-CASH DEPOSIT                6.50-         233.50

       * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
       * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

   BEGINNING       TOTAL         TOTAL         CURRENT        HOLDS        TRANSACTIONS
    BALANCE       DEPOSITS    WITHDRAWALS      BALANCE       BALANCE       TO BE POSTED
   ---------     ---------    -----------     ---------     ---------      ------------
      0.00         14.85         14.85           0.00         13.60            0.00
```

                                                                        CURRENT
                                                                       AVAILABLE
                                                                        BALANCE
                                                                       ---------
                                                                         13.60-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-4-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ___J. Kleppin___
    TRUST OFFICE