FILED
08 MAR 13 PM 3:02
RICHARD W. WIEKING

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BloodsAw Theopric et al.
Plaintiff,

vs.

Woodford J.S.
Nelson D.
Harlow D.J.
Goudelock W.
Defendant.

CASE NO. C08-1092 JF (pr)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Bloodsaw T., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _In the year of 2000 at San Quentin State_
5  _Prison I had no pay number. Prior to th-_
6  _at I was disable and homeless._

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.  Business, Profession or                             Yes ___  No ✓
10        self employment
11     b.  Income from stocks, bonds,                       Yes ✓  No ___
12        or royalties?
13     c.  Rent payments?                                         Yes ___  No ✓
14     d.  Pensions, annuities, or                            Yes ___  No ✓
15        life insurance payments?
16     e.  Federal or State welfare payments,          Yes ___  No ✓
17        Social Security or other govern-
18        ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _$13.00 from my Aunt on 1-14-08 Serial No._
22 _200479669335_

23 3.  Are you married?                                               Yes ___  No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____  Net $_____
28 4.  a.  List amount you contribute to your spouse's support:$ _N/A_

     b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

*N/A*

5. Do you own or are you buying a home?   Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No ✓

8. What are your monthly expenses?

Rent: $ *N/A*        Utilities: *N/A*

Food: $ *N/A*        Clothing: *N/A*

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | _N/A_
4 |
5 | 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ✓  No ___
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _CV-00752-JF-Suit 550; C-07-4200-JF-550;_
10 | _CV-00648-JF-550 U.S.D.C. Northern Dist. of CA._
11 |    I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |    I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | _2-25-08_           _T. Bloodsaw_
17 |    DATE               SIGNATURE OF APPLICANT

```
 1
 2                                                    Case Number: _____
 3
 4
 5
 6
 7
 8                              CERTIFICATE OF FUNDS
 9                                       IN
10                              PRISONER'S ACCOUNT
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _____ for the last six months
14  at
15                                  [prisoner name]
16  _____ where (s)he is confined.
17           [name of institution]
18       I further certify that the average deposits each month to this prisoner's account for the
19  most recent 6-month period were $ _____ and the average balance in the prisoner's
20  account each month for the most recent 6-month period was $_____.
21
22  Dated:_____                      _____
23                                         [Authorized officer of the institution]
24
25
26
27
28
```

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Theopric Kent Bloodsaw  P20045</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>2.48</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>2.48</u>.      (20%= $0.50)

Dated: <u>2/28/08</u>                                    _____
                                                    Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         PELICAN BAY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 26, 2008

ACCOUNT NUMBER  : P20045                    BED/CELL NUMBER: ASUE0000000001L
ACCOUNT NAME    : BLOODSAW, THEOPRIC KENT   ACCOUNT TYPE: I
PRIVILEGE GROUP : D
                               TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION     COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------     -------   ---------  --------   -----------   -------

                                                                              0.00
08/01/2007   BEGINNING BALANCE

08/09*DD30  CASH DEPOSIT    0699 #027                9.00                     9.00
08/13*W215  FEDERAL FILIN   0731  8/09                           1.80         7.20
08/13 W512  LEGAL POSTAGE   0730                                 2.67         4.53
08/13 W512  LEGAL POSTAGE   0730                                 1.82         2.71
08/13 W512  LEGAL POSTAGE   0730                                 0.58         2.13
08/14 W513  MISC. CHARGES   0768                                 2.13         0.00
   ACTIVITY FOR 2008
01/14*DD30  CASH DEPOSIT    2981 #138                5.85                     5.85
01/15 W516  LEGAL COPY CH   3013                                 1.90         3.95
01/17 W512  LEGAL POSTAGE   3049                                 0.20         3.75
01/17 W512  LEGAL POSTAGE   3049                                 1.31         2.44
01/22 W513  MISC. CHARGES   3121                                 0.20         2.24
01/31 W919  REVERSE LEGAL   3295/3049                            1.27-        3.51
01/31 W215  FEDERAL FILIN   3295 1/14                            1.17         2.34
01/31 W212  FEDERAL FILIN   3295 1/14                            1.17         1.17
01/31 W212  FEDERAL FILIN   3295 1/14                            1.17         0.00


                          CURRENT HOLDS IN EFFECT

  DATE     HOLD
 PLACED    CODE      DESCRIPTION              COMMENT        HOLD AMOUNT
-------    ----    -----------              -------        -----------
02/05/2008  H116  FEDERAL FILING FEE HOLD    3408 INI          0.30


                        * RESTITUTION ACCOUNT ACTIVITY

                                            CASE NUMBER: YA053506
DATE SENTENCED: 05/13/02                    FINE AMOUNT: $    250.00
COUNTY CODE: LA

                                            TRANS. AMT.     BALANCE
 DATE     TRANS.   DESCRIPTION              -----------    -------
-------   ------   -----------
                                                            250.00
08/01/2007   BEGINNING BALANCE
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____  pg 1 of 2
    TRUST OFFICE

```
                    PELICAN BAY STATE PRISON
                    INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 26, 2008

ACCT: P20045      ACCT NAME: BLOODSAW, THEOPRIC KENT      ACCT TYPE: I


                   * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/13/02
COUNTY CODE: LA                              CASE NUMBER: YA053506
                                             FINE AMOUNT: $      250.00

  DATE      TRANS.    DESCRIPTION
                                             TRANS. AMT.      BALANCE
08/09/07    DR30      REST DED-CASH DEPOSIT
01/14/08    DR30      REST DED-CASH DEPOSIT       10.00-       240.00
                                                   6.50-       233.50

        * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
        * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                        TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL      TOTAL          CURRENT      HOLDS       TRANSACTIONS
 BALANCE    DEPOSITS   WITHDRAWALS     BALANCE     BALANCE      TO BE POSTED

   0.00       14.85       14.85          0.00        0.30           0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _S. Kleppin_ pg 2 of 2
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE

0.30-

HOUSING:

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

United States District C
Northern District of Ca
ATTN: Clerk
450 Golden Gate A