To the Clerk, U.S. District Court thanks for understanding that the IFP and six months certified trust account statements are mailed out by staff C/Os. On 3-6-08 I mailed to the court 42 USC 1983 Civil Rights Complaint the so-called mail cart C/O deliberately left out my IFP and six months certified trust account statement and she knew it is suppose go into the envelope with my photocopies. On 3-4-08 she tried to confuse me and mix it up with the one that I'm returning for the same reason they play disrespectful games with inmates mail I appreciate you understanding my situation dispose of at your mercy.

FILED
MAR 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Thanks
Bloodsaw Theopric

