1

**RECEIVED**

2    MAR 2  2008

3    RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
4  NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8                       **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9

10   *Bloodsaw Theopric*                )    CV  08        1092
                                        )
11                     Plaintiff,       )    CASE NO. _____
                              *et al.*  )
12          vs.                         )    PRISONER'S                    **JF**
*Woodford J.S.*                         )    **APPLICATION TO PROCEED**
13  *Thom James C.*                     )    **IN FORMA PAUPERIS**
                                        )                                 **(PR)**
14  *Holmes T.R.*         Defendant.    )
*Northrup L.W.*                         )
15

16       I, *Bloodsaw T.* _____, declare, under penalty of perjury that I am the

17  plaintiff in the above entitled case and that the information I offer throughout this application

18  is true and correct. I offer this application in support of my request to proceed without being

19  required to prepay the full amount of fees, costs or give security. I state that because of my

20  poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21  entitled to relief.

22       In support of this application, I provide the following information:

23  1.    Are you presently employed? Yes ____ No ✔

24  If your answer is "yes," state both your gross and net salary or wages per month, and give the

25  name and address of your employer:

26  Gross: _____ Net: _____

27  Employer: _____

28  _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  *In the year of 2000 at San Quentin State*

5  *Prison I had no pay number. Prior to that I wa-*

6  *s disable and homeless (ADA).*

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.,    Business, Profession or          Yes ___ No ✓

10              self employment

11      b.    Income from stocks, bonds,        Yes ✓ No ___

12              or royalties?

13      c.    Rent payments?                    Yes ___ No ✓

14      d.    Pensions, annuities, or           Yes ___ No ✓

15              life insurance payments?

16      e.    Federal or State welfare payments,  Yes ___ No ✓

17              Social Security or other govern-

18              ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  *$13.00 from my Aunt on 1-14-08 Serial No.*

22  *200479669335*

23  3.    Are you married?                      Yes ___ No ✓

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ *N/A*

1

2

3

4

5

6

     b.     List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_N/A_ _____

_____

7  5.     Do you own or are you buying a home?     Yes ___ No _✓_

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.     Do you own an automobile?     Yes ___ No _✓_

10  Make _____ Year _____ Model _____

11  Is it financed? Yes _____ No _____ If so, Total due: $ _____

12  Monthly Payment: $ _____

13  7.     Do you have a bank account? Yes ____ No _✓_ (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15  _____

16  Present balance(s): $ _____

17  Do you own any cash? Yes ___ No _✓_ Amount: $ _____

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.) Yes ___ No _✓_

20  _____

21  8.     What are your monthly expenses?

22  Rent: $ _N/A_       Utilities: _N/A_

23  Food: $ _N/A_       Clothing: _N/A_

24  Charge Accounts:

25

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 26 _____ | $ _____ | $ _____ |
| 27 _____ | $ _____ | $ _____ |
| 28 _____ | $ _____ | $ _____ |

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_N/A_____

_____

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes __✓__    No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_CV-00752-JF-550; C-07-4200-JF-550_

_U.S. District Court, Northern Dist. of CA._

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_3-12-08_                     _T. Bloodsaw_

DATE                          SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 4 -

1

2                                          Case Number: _____

3                                                  )

4

5

6

7

8                              **CERTIFICATE OF FUNDS**

9                                          **IN**

10                            **PRISONER'S ACCOUNT**

11

12          I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of _____ for the last six months
                                              [prisoner name]

14   _____ where (s)he is confined.
             [name of institution]

15          I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $ _____ and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $_____.

18

19   Dated:_____            _____
                                          [Authorized officer of the institution]
20

21

22

23

24

25

26

27

28

Case Number:_____

1

2

3

4

5          **CERTIFICATION OF FUNDS**

6                    **IN**

7          **PRISONER'S ACCOUNT**

8

9

10

11      I certify that attached hereto is a true and correct copy of the prisoner's trust account

12  statement showing transactions of <u>Theopric Kent Bloodsaw  P20045</u> for the last six months at

13  <u>Pelican Bay State Prison</u> where he is confined.

14

15

16      I further certify that the average deposits each month to this prisoner's account for the

17  most recent 6-month period were $<u>2.48</u> and the average balance in the prisoner's account each

18  month for the most recent 6-month period was $<u>2.48</u>.        (20%= $0.50)

19

20

21

22

23  Dated: ____2/28/08____              _____

24                                      Authorized officer of the institution

25

26

27                                      
                                        THE WITHIN INSTRUMENT IS A CORRECT
                                        COPY OF THE TRUST ACCOUNT MAINTAINED
                                        BY THIS OFFICE.
                                        ATTEST: 2-28-08
28                                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                                        BY _____
                                        TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 27, 2008

ACCOUNT NUMBER : P20045                          BED/CELL NUMBER: ASUE0000000001L
ACCOUNT NAME   : BLOODSAW, THEOPRIC KENT          ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 08/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 08/09 | *DD30 | CASH DEPOSIT | 0699 | #027 | 9.00 | | 9.00 |
| 08/13 | *W215 | FEDERAL FILIN | 0731 | 8/09 | | 1.80 | 7.20 |
| 08/13 | W512 | LEGAL POSTAGE | 0730 | | | 2.67 | 4.53 |
| 08/13 | W512 | LEGAL POSTAGE | 0730 | | | 1.82 | 2.71 |
| 08/13 | W512 | LEGAL POSTAGE | 0730 | | | 0.58 | 2.13 |
| 08/14 | W513 | MISC. CHARGES | 0768 | | | 2.13 | 0.00 |
| | | ACTIVITY FOR 2008 | | | | | |
| 01/14 | *DD30 | CASH DEPOSIT | 2981 | #138 | 5.85 | | 5.85 |
| 01/15 | W516 | LEGAL COPY CH | 3013 | | | 1.90 | 3.95 |
| 01/17 | W512 | LEGAL POSTAGE | 3049 | | | 0.20 | 3.75 |
| 01/17 | W512 | LEGAL POSTAGE | 3049 | | | 1.31 | 2.44 |
| 01/22 | W513 | MISC. CHARGES | 3121 | | | 0.20 | 2.24 |
| 01/31 | W919 | REVERSE LEGAL | 3295/3049 | | | 1.27- | 3.51 |
| 01/31 | W215 | FEDERAL FILIN | 3295 | 1/14 | | 1.17 | 2.34 |
| 01/31 | W212 | FEDERAL FILIN | 3295 | 1/14 | | 1.17 | 1.17 |
| 01/31 | W212 | FEDERAL FILIN | 3295 | 1/14 | | 1.17 | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 02/05/2008 | H116 | FEDERAL FILING FEE HOLD | 3408 INI | 0.30 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/13/02                          CASE NUMBER: YA053506
COUNTY CODE: LA                                   FINE AMOUNT: $      250.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 08/01/2007 | | BEGINNING BALANCE | | 250.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Kleppin_  pg 1 of 2
TRUST OFFICE

Case 5:08-cv-01092-JF    Document 6    Filed 03/26/2008    Page 8 of 9

PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 27, 2008

ACCT: P20045        ACCT NAME: BLOODSAW, THEOPRIC KENT        ACCT TYPE: I

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/13/02                          CASE NUMBER: YA053506
COUNTY CODE: LA                                   FINE AMOUNT: $     250.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 08/09/07 | DR30 | REST DED-CASH DEPOSIT | 10.00- | 240.00 |
| 01/14/08 | DR30 | REST DED-CASH DEPOSIT | 6.50- | 233.50 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 14.85 | 14.85 | 0.00 | 0.30 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-------------
0.30-
-------------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____Kleppin_____ pg 2 of 2
TRUST OFFICE

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

FEB 2 2 2008

Dear Sir or Madam:

CV 08 1092

Your complaint has been filed as civil case number_____.

JF

(PR)

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. _____ you did not file an <u>In Forma Pauperis</u> Application.

2. _✓_ the <u>In Forma Pauperis</u> Application you submitted is insufficient because:

    _____ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

    _____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

    _____ You did not sign your <u>In Forma Pauperis</u> Application.

    _✓_ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    _____ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 11/07

BLOODSAW