C08-649-JF
C08-1092-JF

To the U.S.D.C. Clerk of the Court I would like to bring this to your attention on 6-26-08 my Civil Rights Complaint 42 U.S.C. 1983 was mailed to the court by J. Evert, LTA not me. It was 225 pages stuffed into a 10X12 much to much of a small envelope for that many pages the law library C/o taped it up if it made it to the court you will understand what I'm saying. She refuses to give me a larger one so that my documents will fall out as you or the Judge will notice my CDC 1824s an 602s are out of place thats her doing also she is withholding my complaints or petitions not allowing an opportunity to put them back in the right place after copied or let me mail out my own mail. PBSP is corrupt thanks for understanding the letter is disposable.

RECEIVED
JUL - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Thanks
Bloodsaw Theopric





PBSP INDIGENT ENVELOPES