**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLOODSAW THEOPRIC, <br><br> Plaintiff, <br><br> vs. <br><br> J. S. WOODFORD, et al., <br><br> Defendant(s). | No. C 08-01092 JF (PR) <br><br> JUDGMENT |

For the reasons stated on the order of dismissal, this case is DISMISSED without prejudice. Judgment is entered accordingly.

The clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/18/08

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.JF\CR.08\Bloodsaw1092_judgment.wpd